# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

CR 07 0456 SI

UNITED STATES OF AMERICA,

V.

HECTOR GUILLERMO RAMIREZ DE LEON

DEFENDANT.

## INDICTMENT

Title 8, United States Code Section 1326 -- Alien Found
in the United States After Deportation

---

A true bill.

_____ Foreman

Filed in open court this 17th day of
July, 2007

_____ Clerk

Bail, $ No bail / warrant

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326 - Alien Found in the United States After Deportation

E-Filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

Maximum Prison Term of 20 years
Maximum Fine of $250,000
Maximum supervised release of 3 years
Mandatory special assessment fee of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 17 PM 4:11
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ HECTOR GUILLERMO RAMIREZ DE LEON

**DISTRICT COURT NUMBER**

CR 07 0456 SI

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
San Quentin State Prison

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 6/19/2007

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM     **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 JUL 17 PM 4:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 07 0456 SI |
| Plaintiff, ) | VIOLATION: Title 8, United States Code Section 1326 -- Alien Found in the United States After Deportation |
| v. ) | |
| HECTOR GUILLERMO RAMIREZ DE LEON, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about June 19, 2007, the defendant,

HECTOR GUILLERMO RAMIREZ DE LEON,

an alien, having been previously excluded, deported, and removed from the United States to Guatemala, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

//

INDICTMENT

defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: July 17, 2007        A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____ )
Wendy Thomas
Special Assistant United States Attorney

INDICTMENT                                2