1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 0456 SI |
| Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| HECTOR GUILLERMO RAMIREZ DE LEON, | |
| Defendant. | |

To the Honorable Nandor J. Vadas, United States Magistrate Judge of the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Hector Guillermo Ramirez de Leon. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0456 SI

1  //

2   following writ.

3

4  DATED: July 18, 2007                Respectfully submitted,

5                                      SCOTT N. SCHOOLS
                                       United States Attorney
6

7
                                       _____/s/_____
8                                      WENDY THOMAS
                                       Special Assistant United States Attorney
9

10 IT IS SO ORDERED.

11

12 DATED:

13                                     _____
                                       HON. NANDOR J. VADAS
14                                     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0456 SI

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of San Quentin State Prison, San Quentin, California 94964.

**GREETINGS**

The prisoner, Hector Guillermo Ramirez de Leon, Booking # T68041, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Nandor J. Vadas, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                                   CLERK
                                                         UNITED STATES DISTRICT COURT
                                                         NORTHERN DISTRICT OF CALIFORNIA

                                                         _____
                                                         DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0456 SI

3