| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | REPORTER/FTR<br>FTR 9:42 to 9:44 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>August 17, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR07-0456 SI |

### APPEARANCES

| DEFENDANT<br>Hector Guillermo Ramirez De Leon | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jodi Linker | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Wendy Thomas | | INTERPRETER<br>Melinda Basker - Spanish | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | ☐ DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☐ PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or<br>S/R | ☐ BAIL REVIEW |
| ☒ DETENTION HRG<br>time 2 M | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

**FILED   AUG 1 7 2007   RICHARD W. WIEKING   CLERK U.S. DISTRICT COURT   NORTHERN DISTRICT OF CALIFORNIA**

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>08/17/07 | ☐ I.D. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>11:00 AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Judge Illston | ☐ DETENTION<br>HEARING | ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft has an INS detainer.

KLH, JCS, TS, LS