# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/17/07

Case No.   CR-07-0456 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- HECTOR RAMIREZ DE LEON (C) (SP.INT - BASKER)

Attorneys:   W. Thomas            J. Linker

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

## PROCEEDINGS

1)  Trial Setting - HELD

2) 
3) 
Order to be prepared by: ( )Pltf    ( )Deft    ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                        PART

Case continued to **9/14/07 @ 11:00 a.m.**   for Status/ Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Discovery/interest of justice
**Delay begins:          Delay ends: 9/14/07**
(         AUSA to draft order       )

ORDERED AFTER HEARING:

Deft. needs additional time to review discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )