SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07 0456 SI |
|     Plaintiff, | |
| v. | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 17, 2007 TO SEPTEMBER 14, 2007** |
| HECTOR GUILLERMO RAMIREZ DE LEON, | |
|     Defendant. | |

    The parties appeared before the Honorable Susan Illston on August 17, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 17, 2007 to September 14, 2007, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0456 SI**

discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 17, 2007 to September 14, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 17, 2007 to September 14, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 8/30/07                            /s/
                                       JODI LINKER
                                       Counsel for the Defendant

DATED: 8/29/07                            /s/
                                       WENDY THOMAS
                                       Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____                       
                                       THE HON. SUSAN ILLSTON
                                       United States District Judge