1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,       ) Criminal No. CR 07 0456 SI
                                     )
14 |      Plaintiff,                 )
                                     )
15 |                                 ) **[PROPOSED] ORDER AND**
       v.                            ) **STIPULATION EXCLUDING TIME**
16 |                                 ) **FROM AUGUST 17, 2007 TO**
   HECTOR GUILLERMO RAMIREZ DE       ) **SEPTEMBER 14, 2007**
17 | LEON,                           )
                                     )
18 |      Defendant.                 )
                                     )
19 |_____    )

20
       The parties appeared before the Honorable Susan Illston on August 17, 2007.
21
   With the agreement of counsel for both parties, the Court found and held as follows:
22
       1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
23
   3161(b), from August 17, 2007 to September 14, 2007, in light of the need for the defendant's
24
   counsel to review recently-produced discovery.  Failure to grant the requested continuance
25
   would unreasonably deny defense counsel reasonable time necessary for effective preparation,
26
   taking into account the exercise of due diligence and the need for counsel to review the
27

28 **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07 0456 SI**

discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 17, 2007 to September 14, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 17, 2007 to September 14, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/30/07               /s/
                             JODI LINKER
                             Counsel for the Defendant

DATED: 8/29/07               /s/
                             WENDY THOMAS
                             Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____        [signature]
                             THE HON. SUSAN ILLSTON
                             United States District Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07 0456 SI**            2