**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/14/07

Case No.   CR-07-0456 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- HECTOR RAMIREZ DE LEON (C) (SP.INT - BASKER)

Attorneys:   W. Thomas            J. Linker

Deputy Clerk: Tracy Sutton  Court Reporter: Yeomans

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( ) SUBMITTED
                                                 PART

Case continued to **10/19/07  @ 11:00 a.m.**  for Status/ Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   interest of justice
**Delay begins:        Delay ends: 10/19/07**
(         AUSA to draft order       )

ORDERED AFTER HEARING:
Defense counsel indicated that there may be some competency issues and will have her client seen by a doctor within the next 30 days.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )