1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-6809
       Facsimile: (415) 436-7234
8      E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    Criminal No. CR 07 0456 SI
                                       )
14          Plaintiff,                 )
                                       )
15                                     )    **[PROPOSED] ORDER AND**
                                       )    **STIPULATION EXCLUDING TIME**
16      v.                             )    **FROM SEPTEMBER 14, 2007 TO**
                                       )    **OCTOBER 19, 2007**
    HECTOR GUILLERMO RAMIREZ DE        )
17  LEON,                              )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20

21         The parties appeared before the Honorable Susan Illston on September 14, 2007.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23         1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161(b), from September 14, 2007 to October 19, 2007, in light of the need for the defendant to

    undergo a preliminary mental competency evaluation by a local examiner.  This period of time is
25
    excludable under 18 U.S.C. § 3161(h)(1)(A).
26
           2.  Accordingly, and with the consent of the defendant, the Court ordered that the period
27

28  **[PROPOSED[ ORDER AND**
    **STIPULATION EXCLUDING TIME**
    **CR 07 0456 SI**

1    from September 14, 2007 to October 19, 2007, be excluded from Speedy Trial Act calculations

2    under 18 U.S.C. § 3161(h)(1)(A).

3

4           IT IS SO STIPULATED.

5    DATED: 9/24/07                           _____/s/_____

6                                             JODI LINKER
                                              Counsel for the Defendant
7

8    DATED: 9/23/07                           _____/s/_____

9                                             WENDY THOMAS
                                              Special Assistant U.S. Attorney
10

11          IT IS SO ORDERED.

12

13   DATED:_____                   _____

                                              THE HON. SUSAN ILLSTON
14                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07 0456 SI**                    2