SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

  450 Golden Gate Avenue
  San Francisco, California  94102
  Telephone: (415) 436-6809
  Facsimile: (415) 436-7234
  E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07 0456 SI |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 14, 2007 TO OCTOBER 19, 2007** |
| HECTOR GUILLERMO RAMIREZ DE LEON, | |
| Defendant. | |

The parties appeared before the Honorable Susan Illston on September 14, 2007.

With the agreement of counsel for both parties, the Court found and held as follows:

1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3161(b), from September 14, 2007 to October 19, 2007, in light of the need for the defendant to
undergo a preliminary mental competency evaluation by a local examiner.  This period of time is
excludable under 18 U.S.C. § 3161(h)(1)(A).

2.  Accordingly, and with the consent of the defendant, the Court ordered that the period

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0456 SI**

from September 14, 2007 to October 19, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).

      IT IS SO STIPULATED.

DATED: 9/24/07                     /s/
                                 JODI LINKER
                                 Counsel for the Defendant

DATED: 9/23/07                     /s/
                                 WENDY THOMAS
                                 Special Assistant U.S. Attorney

      IT IS SO ORDERED.

DATED:_____                                         THE HON. SUSAN ILLSTON
                                 United States District Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07 0456 SI**     2