# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 10/19/07

Case No.   CR-07-0456 SI              Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- HECTOR RAMIREZ DE LEON (C) (SP.INT - BASKER)

Attorneys:   W. Thomas           J. Linker

Deputy Clerk: Tracy Sutton  Court Reporter: S. Wilson

## PROCEEDINGS

1)  Status  - HELD

2)

3)

Order to be prepared by:  (   )Pltf    (   )Deft    (   )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                         PART

Case continued to **11/9/07  @ 11:00 a.m.**  for Status/ Trial Setting

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: 3161(h)(i)(a)
**Delay begins:          Delay ends: 11/9/07**
(          AUSA to draft order        )

ORDERED AFTER HEARING:
Defense requested a two week continuance so that the doctor can finalize her evaluation.