SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07 0456 SI |
| )  Plaintiff, ) | |
| ) v. ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 19, 2007 TO NOVEMBER 9, 2007** |
| ) HECTOR GUILLERMO RAMIREZ DE LEON, ) | |
| ) Defendant. ) | |

     The parties appeared before the Honorable Susan Illston on October 19, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 19, 2007 to November 9, 2007, in light of the need for the mental health specialist who examined the defendant to prepare a report of the evaluation and provide it to the parties for review. This period of time is excludable under 18 U.S.C. § 3161(h)(1)(A).

     2. Accordingly, and with the consent of the defendant, the Court ordered that the period

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0456 SI**

from October 19, 2007 to November 9, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).

      IT IS SO STIPULATED.

DATED: 10/23/07                          /s/
                                         JODI LINKER
                                         Counsel for the Defendant

DATED: 10/22/07                          /s/
                                         WENDY THOMAS
                                         Special Assistant U.S. Attorney

      IT IS SO ORDERED.

DATED:_____                         
                                         THE HON. SUSAN ILLSTON
                                         United States District Judge