1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California  94102
        Telephone: (415) 436-6809
7       Facsimile: (415) 436-7234
        E-Mail: wendy.thomas@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   Criminal No. CR 07 0456 SI
                                        )
14          Plaintiff,                  )
                                        )
15                                      )   [PROPOSED] ORDER AND
        v.                              )   STIPULATION EXCLUDING TIME
16                                      )   FROM OCTOBER 19, 2007 TO
    HECTOR GUILLERMO RAMIREZ DE         )   NOVEMBER 9, 2007
17  LEON,                               )
                                        )
18          Defendant.                  )
                                        )
19  _____    )

20

21          The parties appeared before the Honorable Susan Illston on October 19, 2007.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161(b), from October 19, 2007 to November 9, 2007, in light of the need for the mental health

25  specialist who examined the defendant to prepare a report of the evaluation and provide it to the

26  parties for review.  This period of time is excludable under 18 U.S.C. § 3161(h)(1)(A).

27          2.  Accordingly, and with the consent of the defendant, the Court ordered that the period

28
    **[PROPOSED[ ORDER AND
    STIPULATION EXCLUDING TIME
    CR 07 0456 SI**

from October 19, 2007 to November 9, 2007, be excluded from Speedy Trial Act calculations
under 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

DATED: 10/23/07                          _____/s/_____
                                        JODI LINKER
                                        Counsel for the Defendant


DATED: 10/22/07                          _____/s/_____
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:_____                    _____
                                        THE HON. SUSAN ILLSTON
                                        United States District Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0456 SI                    2