1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant RAMIREZ DE LEON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   No. CR-07-0456 SI
                                         )
12                                       )   [PROPOSED] ORDER FOR LOCAL
                     Plaintiff,          )   MEDICAL ASSESSMENT
13                                       )
   v.                                    )
14                                       )
   HECTOR GUILLERMO RAMIREZ DE           )
15 LEON,                                 )
                                         )
16                   Defendant.          )
   _____ )
17

18      At the request of the defendant, and for good cause shown, it is hereby ordered that the

19 defendant in this matter shall be seen forthwith by a local medical doctor who shall assess the

20 defendant's need for medications to treat his mental health disorders, if any, and shall treat such

21 condition as the doctor deems appropriate. In particular, the doctor should evaluate whether the

22 defendant should be prescribed an antidepressant and/or antianxiety medication.

23      It is further ordered that, pursuant to Rule 12.2(c) of the Federal Rules of Criminal

24 Procedure, no statement made by the defendant in the course of this examination, nor any

25 testimony by the expert based upon such statement, nor any other fruits of the statement, shall be

26
   Proposed Order for Local Medical Assessment
   U.S. v. Hector Guillermo Ramirez de Leon
   No. 07-0456 (SI)                             1

1 admitted in evidence against the defendant in any criminal or civil proceeding except on an issue

2 respecting mental condition on which the defendant has induced testimony.

3     IT IS SO ORDERED.

4 Dated: _____

                                                  _____
SUSAN ILLSTON
5 UNITED STATES DISTRICT JUDGE

Proposed Order for Local Medical Assessment
U.S. v. Hector Guillermo Ramirez de Leon
No. 07-0456 (SI)    2