BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant RAMIREZ DE LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0456 SI |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER FOR LOCAL MEDICAL ASSESSMENT |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR GUILLERMO RAMIREZ DE LEON, | ) | |
| | ) | |
| Defendant. | ) | |

    At the request of the defendant, and for good cause shown, it is hereby ordered that the defendant in this matter shall be seen forthwith by a local medical doctor who shall assess the defendant's need for medications to treat his mental health disorders, if any, and shall treat such condition as the doctor deems appropriate. In particular, the doctor should evaluate whether the defendant should be prescribed an antidepressant and/or antianxiety medication.

    It is further ordered that, pursuant to Rule 12.2(c) of the Federal Rules of Criminal Procedure, no statement made by the defendant in the course of this examination, nor any testimony by the expert based upon such statement, nor any other fruits of the statement, shall be

Proposed Order for Local Medical Assessment
U.S. v. Hector Guillermo Ramirez de Leon
No. 07-0456 (SI)    1

1  admitted in evidence against the defendant in any criminal or civil proceeding except on an issue

2  respecting mental condition on which the defendant has induced testimony.

3      IT IS SO ORDERED.

4  Dated: _____       _____
    SUSAN ILLSTON
5      UNITED STATES DISTRICT JUDGE