SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07 0456 SI |
|     Plaintiff, ) | |
| ) | **[PROPOSED] ORDER AND** |
| v. ) | **STIPULATION EXCLUDING TIME** |
| ) | **FROM NOVEMBER 9, 2007 TO** |
| HECTOR GUILLERMO RAMIREZ DE ) | **DECEMBER 7, 2007** |
| LEON, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    The parties appeared before the Honorable Susan Illston on November 9, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 9, 2007 to December 7, 2007, in light of the need for defense counsel to evaluate the report prepared by the local mental health specialist who examined the defendant. This period of time is excludable under 18 U.S.C. § 3161(h)(1)(A).

    2.  Accordingly, and with the consent of the defendant, the Court ordered that the period

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0456 SI**

from November 9, 2007 to December 7, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).

     IT IS SO STIPULATED.

DATED: 11/26/07            /s/
JODI LINKER
Counsel for the Defendant

DATED: 11/24/07            /s/
WENDY THOMAS
Special Assistant U.S. Attorney

     IT IS SO ORDERED.

DATED:_____
THE HON. SUSAN ILLSTON
United States District Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0456 SI       2