# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____CR07-452_____ SI

Defendant's Name _____Hector De Leon_____

Defense Counsel _____J. Linker_____

Due Date ~~2/8/08~~ ~~3/4/08~~ (w/ H.C.) 2/15/07 @ 11:00 AM

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a   __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE** today to make the necessary arrangements.

---

For use of Courtroom Deputies
Is defendant in custody?    Yes
Is defendant English speaking?   No
What is defendant's address?   SF

Richard W. Wieking
Clerk

by: _____Sutton_____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office