# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 12/18/07

Case No.    CR-07-0456  SI                    Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- HECTOR RAMIREZ DE LEON (C) (SP.INT - BASKER)

Attorneys:   W. Thomas                 J. Linker

Deputy Clerk: Tracy Sutton  Court Reporter: J. Columbini

## PROCEEDINGS

1)  Change of Plea - HELD

2) _____
3) _____
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
PART

Case continued to **2/15/08 @ 11:00a.m.**   for Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Cont. Of Counsel/Mental Comp)
**Delay begins:          Delay ends: 12/7/07**
(          AUSA to draft order       )

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.
The defendant plead guilty to single count indictment.