JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07 0456 SI |
|     Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING FROM FEBRUARY 15, 2008 TO APRIL 18, 2008** |
| HECTOR GUILLERMO RAMIREZ DE LEON, ) | |
|     Defendant. ) | |

    This matter is currently set for sentencing on February 15, 2008, at 11:00 a.m.  The parties in this case hereby stipulate that, subject to the court's approval, this appearance in the above-captioned matter be continued to April 18, 2008 at 11:00 a.m., or as soon thereafter as the matter may be heard.  The reason for the continuance is that further time is needed for the preparation of a presentence report.

//

//

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0456 MAG**

Both government counsel, defense counsel, and the U.S. Probation Officer are available on the requested date.

IT IS SO STIPULATED.

DATED: 1/31/08                     /s/
JODI LINKER
Counsel for defendant

DATED: 1/31/08                     /s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____
THE HON. SUSAN ILLSTON
United States District Judge

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0456 MAG**              2