1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California  94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Criminal No. CR 07 0456 SI
                                     )
14         Plaintiff,                )
                                     )
15                                   )   **[PROPOSED] ORDER AND**
       v.                            )   **STIPULATION CONTINUING**
16                                   )   **SENTENCING FROM FEBRUARY 15,**
    HECTOR GUILLERMO RAMIREZ DE      )   **2008 TO APRIL 18, 2008**
17  LEON,                            )
                                     )
18         Defendant.                )
                                     )
19  _____

20
           This matter is currently set for sentencing on February 15, 2008, at 11:00 a.m.  The
21
    parties in this case hereby stipulate that, subject to the court's approval, this appearance in the
22
    above-captioned matter be continued to April 18, 2008 at 11:00 a.m., or as soon thereafter as the
23
    matter may be heard.  The reason for the continuance is that further time is needed for the
24
    preparation of a presentence report.
25
    //
26
    //
27

28
    **[PROPOSED| ORDER AND**
    **STIPULATION FOR CONTINUANCE**
    **CR 07 0456 MAG**

1 | Both government counsel, defense counsel, and the U.S. Probation Officer are available on the requested date.

2 | IT IS SO STIPULATED.

DATED: 1/31/08                                /s/
                                      JODI LINKER
                                      Counsel for defendant

DATED: 1/31/08                                /s/
                                      WENDY THOMAS
                                      Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____            _____
                                      THE HON. SUSAN ILLSTON
                                      United States District Judge

[PROPOSED] ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0456 MAG                        2