UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

APR 21 2008

CRIMINAL PRETRIAL MINUTES

Date: 4/18/08

Case No.   CR-07-0456 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- HECTOR RAMIREZ DE LEON (C) (SP.INT - D. Sweet)

Attorneys:  W. Thomas          J. Linker

Deputy Clerk: Tracy Sutton   Court Reporter: D. Pas

**PROCEEDINGS**

1) Sentence - HELD

2) 

3) 

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART     ( ) SUBMITTED

Case continued to

Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Cont. Of Counsel/Mental Comp)
**Delay begins:**          **Delay ends: 12/7/07**
(          AUSA to draft order          )

ORDERED AFTER HEARING:
The defendant waives the use of the interpreter.
Custody: 70 months
3 years Sup. Release w/special conditions
Sp. Assessment: $100
NO FINE